1  JAMES F. CLAPP (S.B. #145814)
   J. KIRK DONNELLY (S.B. #179401)
2  DOSTART CLAPP & COVENEY, LLP
   4370 La Jolla Village Drive, Suite 970
3  San Diego, CA 92122
   Telephone:  (858) 623-4200
4  Facsimile:  (858) 623-4299

5  Attorneys for Plaintiffs

6  CHRIS A. HOLLINGER (S.B. #147637)
   CHRISTOPHER T. SCANLAN (S.B. #211724)
7  O'MELVENY & MYERS LLP
   275 Battery Street, 26th Floor
8  San Francisco, CA 94111-3344
   Telephone:  (415) 984-8700
9  Facsimile:  (415) 984-8701

10 Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN; and LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBS FINANCIAL SERVICES INC., *et al.*,<br><br>Defendant. | Case No. C-04-03525 MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATES ON (1) PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE AND (2) DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Honorable Maxine M. Chesney |

Plaintiffs JEFF BOWMAN and LARRY REYES and defendant UBS FINANCIAL SERVICES, INC., by and through their respective counsel, hereby stipulate as follows:

CASE NO. C-04-03525 MMC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATES

1  WHEREAS, plaintiffs have filed a motion to strike defendant's Seventh
2  Affirmative Defense, which motion is set for hearing on October 14, 2005 at 9:00 a.m.;
3  WHEREAS, defendant has filed a motion for partial summary judgment regarding
4  plaintiffs' First Claim, which motion is also set for hearing on October 14, 2005 at 9:00 a.m.;
5  WHEREAS, the parties' respective oppositions to these motions are due on
6  September 23, 2005, and reply briefs are due on September 30, 2005;
7  WHEREAS, the parties would like to concentrate their efforts on resolution of the
8  case through mediation without expending additional resources to prepare and file opposition and
9  reply briefs concerning the pending motions;
10  NOW THEREFORE, subject to the Court's availability and approval of this
11  stipulation, it is hereby agreed that plaintiffs' motion to strike defendant's Seventh Affirmative
12  Defense and defendant's motion for partial summary judgment concerning plaintiffs' First Claim
13  shall be continued from October 14, 2005 at 9:00 a.m. to November 18, 2005 at 9:00 a.m.
14  IT IS SO STIPULATED.

15
16  Dated: September 22, 2005.   DOSTART CLAPP & COVENEY, LLP
                                 MARITA M. LAUINGER
17
18                               By:_____/s/_____
19                                  Marita M. Lauinger[1]
                                 Attorneys for Plaintiffs
20                               JEFF BOWMAN and LARRY REYES

21  Dated: September 22, 2005.   O'MELVENY & MYERS LLP
                                 CHRIS A. HOLLINGER
22
23
24                               By:_____/s/_____
                                    CHRIS A. HOLLINGER
25                               Attorneys FOR Defendant
                                 UBS FINANCIAL SERVICES INC.
26
27  ─────────────────────
    [1] Counsel e-filing this document represents that he has been authorized by Plaintiffs' counsel, Marita M.
28  Lauinger, to file this document on Plaintiffs' behalf.

2

CASE NO. C-04-03525 MMC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATES

Good cause appearing, the Court hereby orders as follows:

1. The hearing on plaintiffs' motion to strike defendant's Seventh Affirmative Defense is continued from October 14, 2005 at 9:00 a.m. to November 18, 2005 at 9:00 a.m.

2. The hearing on defendant's motion for partial summary judgment regarding plaintiffs' First Claim is continued from October 14, 2005 at 9:00 a.m. to November 18, 2005 at 9:00 a.m.

3. Opposition and reply briefs concerning the above motions shall be filed and served in accordance with Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: September 23, 2005

_____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

SF1:602208.1