JAMES F. CLAPP (S.B. # 145814)
J. KIRK DONNELLY (S.B. # 179401)
MARITA MURPHY LAUINGER (S.B. # 199242)
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Dr. Ste. 970
San Diego, CA 92122
Tel.  (858) 623-4200
Fax. (858) 623-4299

Attorneys for Plaintiffs

CHRIS A. HOLLINGER (S.B. #147637)
CHRISTOPHER T. SCANLAN (S.B. #211724)
O'MELVENY & MYERS LLP
Embarcadero Center, West
275 Battery Street, 26th Floor
San Francisco, CA  94111-3344
Tel. (415) 984-8700
Fax. (415) 984-8701

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN and LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C-04-3525 MMC<br><br>STIPULATION AND [PROPOSED] ORDER TAKING OFF-CALENDAR (1) PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE AND (2) DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Hon. Maxine M. Chesney<br>Courtroom 7 |

Plaintiffs JEFF BOWMAN and LARRY REYES and defendant UBS FINANCIAL SERVICES, INC., by and through their respective counsel, hereby stipulate as follows:

WHEREAS, plaintiffs have filed a motion to strike defendant's Seventh Affirmative Defense, which motion is set for hearing on November 18, 2005 at 9:00 a.m.;

/////

/////

1

Stipulation and [Proposed] Order Taking Motions Off-Calendar            CASE NO. C-04-3525 MMC

WHEREAS, defendant has filed a motion for partial summary judgment regarding plaintiffs' First Claim, which motion is also set for hearing on November 18, 2005 at 9:00 a.m.;

WHEREAS, the parties' respective oppositions to these motions are due on October 28, 2005, and reply briefs are due on November 4, 2005;

WHEREAS, the parties have elected not to pursue these motions at this time;

NOW THEREFORE, subject to the Court's approval of this stipulation, it is hereby agreed that plaintiffs' motion to strike defendant's Seventh Affirmative Defense and defendant's motion for partial summary judgment concerning plaintiffs' First Claim are off-calendar.

IT IS SO STIPULATED.

Dated: October 27, 2005          DOSTART CLAPP & COVENEY, LLP

                                 ___/S/_____
                                 JAMES F. CLAPP
                                 Attorneys for Plaintiffs
                                 JEFF BOWMAN and LARRY REYES

Dated: October 27, 2005          O'MELVENY & MYERS LLP

                                 ___/S/_____
                                 CHRIS A. HOLLINGER
                                 Attorneys for Defendant
                                 UBS FINANCIAL SERVICES, INC.

IT IS SO ORDERED.

Dated: __October 27, 2005__      _____
                                 HONORABLE MAXINE M. CHESNEY
                                 United States District Judge

67298