1 | M. KIRBY C. WILCOX (SB# 78576)  kirbywilcox@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
2 | 55 Second Street
Twenty-Fourth Floor
3 | San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
4 | Facsimile:  (415) 856-7100

5 | Attorneys for Defendant
UBS FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN and LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated, | CASE NO. C-04-03525 MMC |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS AND ORDER APPROVING SUBSTITUTION** |
| vs. | |
| UBS FINANCIAL SERVICES, INC., and DOES 1 through 50, inclusive, | |
| Defendant. | |

Case No. C-04-03525 MMC

SUBSTITUTION OF ATTORNEYS AND
ORDER APPROVING SUBSTITUTION

1  TO THE CLERK OF THE COURT, TO PLAINTIFFS AND TO THEIR
2  ATTORNEYS OF RECORD:

4  PLEASE TAKE NOTICE that defendant UBS FINANCIAL SERVICES, INC.
5  substitutes M. Kirby C. Wilcox of Paul, Hastings, Janofsky & Walker LLP for O'Melveny &
6  Myers as its attorneys of record in this proceeding. The contact information for Mr. Wilcox is as
7  follows:

M. KIRBY C. WILCOX
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

We consent to this substitution.

DATED: October 27, 2005        UBS FINANCIAL SERVICES, INC.

By: _____
    Vincent P. Browne, Esq.

DATED: October 28, 2005        O'MELVENY & MYERS LLP

By: _____
    Chris Hollinger, Esq.

Case No. C-04-03525 MMC        -2-        SUBSTITUTION OF ATTORNEYS AND
                                          ORDER APPROVING SUBSTITUTION

1  We accept this substitution.

2  DATED: October 27, 2005     PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
M. KIRBY C. WILCOX

Attorneys for Defendant
UBS FINANCIAL SERVICES, INC

APPROVED AND SO ORDERED.

DATED: ~~October~~ November 1, 2005

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_W # 52833669.1

Case No. C-04-03525 MMC         -3-         SUBSTITUTION OF ATTORNEYS AND ORDER APPROVING SUBSTITUTION