**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN et al., | No. C-04-3525 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UBS FINANCIAL SERVICES, INC., | |
| Defendant. | |
| _____ / | |

    Defendant has informed the Court, by letter dated February 9, 2006, that the parties have reached an agreement in principle to settle the instant class action lawsuit, and that the parties are working expeditiously to prepare a motion for preliminary approval of the settlement.  Defendant asks that the Court continue, by approximately 60 days, the case management conference currently scheduled for February 24, 2006, to allow time for the parties to prepare and file their motion for preliminary approval of the settlement.

    Accordingly, for good cause shown, the case management conference is hereby CONTINUED from February 24, 2006 to April 28, 2006.  The parties shall file a joint case management statement no later than April 21, 2006, if the parties have not filed a motion for preliminary approval of settlement prior to that date.

**IT IS SO ORDERED.**

Dated: February 13, 2006

                                          MAXINE M. CHESNEY
                                          United States District Judge