1  JAMES F. CLAPP (S.B. # 145814)
   J. KIRK DONNELLY (S.B. # 179401)
2  MARITA MURPHY LAUINGER (S.B. # 199242)
   DOSTART CLAPP GORDON & COVENEY, LLP
3  4370 La Jolla Village Dr. Ste. 970
   San Diego, CA 92122
4  Tel. (858) 623-4200
   Fax. (858) 623-4299
5
   Attorneys for Plaintiffs
6
   M. KIRBY C. WILCOX (S.B. # 78576)
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
8  San Francisco, CA 94105
   Tel. (415) 856-7000
9  Fax. (415) 856-7100

10 Attorneys for Defendant

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JEFF BOWMAN and LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated, | CASE NO. C-04-3525 MMC |
| Plaintiffs, | JOINT CASE MANAGEMENT STATEMENT; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | Date: April 28, 2006<br>Time: 10:30 a.m.<br>Ctrm.: 7 |
| UBS FINANCIAL SERVICES, INC., and DOES 1 through 50, inclusive, | Hon. Maxine M. Chesney |
| Defendants. | |

1

JOINT CASE MANAGEMENT STATEMENT                              CASE NO. C-04-3525 MMC

1  Plaintiffs JEFF BOWMAN and LARRY REYES and defendant UBS FINANCIAL
2  SERVICES, INC., by and through their respective counsel, jointly submit the following Case
3  Management Statement pursuant to the Court's Order dated February 13, 2006.
4  On February 9, 2006, the parties informed the Court that they had reached a tentative
5  settlement of the above-captioned matter. Since that time, the parties have worked diligently to finalize
6  the terms of the settlement, prepare a Stipulation of Settlement, and prepare and file a motion for
7  preliminary approval. While the parties have exchanged drafts of the of the Stipulation of Settlement,
8  they have not yet finalized all of its terms. At this time, the parties anticipate completing the Stipulation
9  of Settlement and filing the motion for preliminary approval in approximately 30 days. For this reason,
10 we respectfully request that the Court continue the Case Management Conference by 60 to 90 days to
11 a date of its election.

13 Dated: April 21, 2006                DOSTART CLAPP GORDON & COVENEY, LLP

15                                       _____
16                                       JAMES F. CLAPP
                                         Attorneys for Plaintiffs
                                         JEFF BOWMAN and LARRY REYES

18 Dated: April 21, 2006                PAUL, HASTINGS, JANOFSKY & WALKER LLP

20                                       _____
                                         M. KIRBY C. WILCOX
                                         Attorneys for Defendant
21                                       UBS FINANCIAL SERVICES, INC.

22  For good cause shown, the Case Management Conference is hereby CONTINUED to July 28,
23  2006. A Joint Case Management Statement shall be filed no later than July 21, 2006.
    IT IS SO ORDERED.

25  Dated: April 21, 2006
    70103

IT IS SO ORDERED
Judge Maxine M. Chesney

2

JOINT CASE MANAGEMENT STATEMENT                               CASE NO. C-04-3525 MMC