1   M. KIRBY C. WILCOX (SB# 78576)  kirbywilcox@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
2   55 Second Street
    Twenty-Fourth Floor
3   San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
4   Facsimile:  (415) 856-7100

5   Attorneys for Defendant
    UBS FINANCIAL SERVICES INC.
6

7   JAMES F. CLAPP (SB# 145814)            H. TIM HOFFMAN (SB# 49141)
    DOSTART CLAPP GORDON & COVENEY, LLP    ARTHUR W. LAZEAR (SB# 83603)
8   4370 La Jolla Village Drive, Suite 970  HOFFMAN & LAZEAR
    San Diego, CA  92122                   180 Grand Avenue, Suite 1550
9   Telephone:  (858) 623-4200             Oakland, CA  94612
    Facsimile:  (858) 623-4299             Telephone:  (510) 763-5700
10                                         Facsimile:  (510) 835-1311

    MARK R. THIERMAN (SB# 72913)
11  THIERMAN LAW FIRM
    7287 Lakeside Drive, Suite 101
12  Reno, NV  89511
    Telephone:  (775) 284-1500
13  Facsimile:  (775) 703-5027

14
    Attorneys for Plaintiffs
15

16

17

18                        UNITED STATES DISTRICT COURT

19                      NORTHERN DISTRICT OF CALIFORNIA

20

21  JEFF BOWMAN AND LAUROS REYES        CASE NO. C04-3525 MMC
    aka LARRY REYES, individually and on
22  behalf of all others similarly situated,   **STIPULATION FOR ORDER
                                         SHORTENING TIME FOR HEARING ON
23               Plaintiffs,            MOTION FOR PRELIMINARY
                                         APPROVAL OF CLASS ACTION
24        vs.                           SETTLEMENT**

25  UBS FINANCIAL SERVICES INC., and    **[PROPOSED] ORDER**
    DOES 1 through 50, inclusive,,
26
                 Defendants.
27

28

STIPULATION FOR ORDER SHORTENING
                                              TIME AND [PROPOSED] ORDER

PAGE 3/6 * RCVD AT 6/20/2006 3:06:43 PM [Pacific Daylight Time] * SVR:SFORF/14 * DNIS:9998 * CSID:510 835 1311 * DURATION (mm-ss):01-52

Case 3:04-cv-03525-MMC   Document 61   Filed 06/23/06   Page 2 of 5

1    IT IS HEREBY STIPULATED by and between the parties to the above-captioned

2   action, through their respective undersigned counsel of record, that the hearing on the parties'

3   joint motion for preliminary approval of the class settlement in this action may be heard on June

4   30, 2006, and that the documents submitted in support of the joint motion may be filed no later

5   than June 20, 2006.

6

7    This stipulation is made pursuant to Local Rule 6-2 on the grounds that it is in the

8   interest of all parties and the absent class members that this settlement be concluded as

9   expeditiously as possible, and that the motion is made jointly by all parties hereto, with no

10   opposition anticipated. The stipulation is based on the Declaration of Arthur W. Lazear filed

11   concurrently herewith, and all records and papers on file in the above-captioned proceeding.

12

13   HOFFMAN & LAZEAR

14

15   By:_____
                ARTHUR W. LAZEAR
16   Attorneys for Plaintiff

17   DOSTART CLAPP GORDON & COVENEY, LLP

18

19   By:_____
                JAMES F. CLAPP
20   Attorneys for Plaintiff

21   THIERMAN LAW FIRM

22

23   By:_____
                MARK R. THIERMAN
24   Attorneys for Plaintiff

25

26

27

28

Case No. C04-3525 MMC

                            -2-      STIPULATION FOR ORDER SHORTENING
                                     TIME AND [PROPOSED] ORDER

1    IT IS HEREBY STIPULATED by and between the parties to the above-captioned

2  action, through their respective undersigned counsel of record, that the hearing on the parties'

3  joint motion for preliminary approval of the class settlement in this action may be heard on June

4  30, 2006, and that the documents submitted in support of the joint motion may be filed no later

5

6  than June 20, 2006.

7    This stipulation is made pursuant to Local Rule 6-2 on the grounds that it is in the

8  interest of all parties and the absent class members that this settlement be concluded as

9  expeditiously as possible, and that the motion is made jointly by all parties hereto, with no

10  opposition anticipated.  The stipulation is based on the Declaration of Arthur W. Lazear filed

11  concurrently herewith, and all records and papers on file in the above-captioned proceeding.

12

13    HOFFMAN & LAZEAR

14

15  By:_____
        ARTHUR W. LAZEAR
16  Attorneys for Plaintiff

17  DOSTART CLAPP GORDON & COVENEY, LLP

18

19  By:_____
        JAMES F. CLAPP
20  Attorneys for Plaintiff

21  THIERMAN LAW FIRM

22

23  By:_____
        MARK R. THIERMAN
24  Attorneys for Plaintiff

25

26

27

28

Case No. C04-3525 MMC                    -2-        STIPULATION FOR ORDER SHORTENING
                                                    TIME AND [PROPOSED] ORDER

1    IT IS HEREBY STIPULATED by and between the parties to the above-captioned

2 action, through their respective undersigned counsel of record, that the hearing on the parties'

3 joint motion for preliminary approval of the class settlement in this action may be heard on June

4 30, 2006, and that the documents submitted in support of the joint motion may be filed no later

5 than June 20, 2006.

6

7    This stipulation is made pursuant to Local Rule 6-2 on the grounds that it is in the

8 interest of all parties and the absent class members that this settlement be concluded as

9 expeditiously as possible, and that the motion is made jointly by all parties hereto, with no

10 opposition anticipated.  The stipulation is based on the Declaration of Arthur W. Lazear filed

11 concurrently herewith, and all records and papers on file in the above-captioned proceeding.

12

13    HOFFMAN & LAZEAR

14

15    By:_____
                                    ARTHUR W. LAZEAR
16    Attorneys for Plaintiff

17    DOSTART CLAPP GORDON & COVENEY, LLP

18

19    By:_____
                                    JAMES F. CLAPP
20    Attorneys for Plaintiff

21    THIERMAN LAW FIRM

22

23    By:_____
                                    MARK R. THIERMAN
24    Attorneys for Plaintiff

25

26

27

28

Case No. C04-3525 MMC

-2-      STIPULATION FOR ORDER SHORTENING
         TIME AND [PROPOSED] ORDER

1

PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3

By: _____

4

M. KIRBY C. WILCOX

Attorneys for Defendant

5

UBS FINANCIAL SERVICES INC.

6

7

8

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The joint motion for preliminary
approval will be heard June 30, 2006
at 9:00 a.m.

9

DATED: ____June 23____, 2006

10

11

_____

MAXINE M. CHESNEY

12

UNITED STATES DISTRICT JUDGE

13

LEGAL_US_W # 53672606.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ORDER SHORTENING
TIME AND [PROPOSED] ORDER

Case No. C04-3525 MMC