1  M. KIRBY C. WILCOX (SB# 78576)  kirbywilcox@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street
   Twenty-Fourth Floor
3  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
4  Facsimile:  (415) 856-7100

5  Attorneys for Defendant
   UBS FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN and LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. C-04-03525 MMC<br><br>**REQUEST TO PERMIT THOMAS E. GEIDT TO APPEAR AT JUNE 30, 2006 HEARING**<br><br>~~[PROPOSED]~~ **ORDER**<br><br>Date: June 30, 2006<br>Time:   9:00 a.m.<br>Courtroom: No. 7, 19th Floor<br><br>Judge:  Honorable Maxine M. Chesney |

Case No. C-04-03525 MMC

REQUEST TO PERMIT T. GEIDT TO APPEAR AT HEARING AND [PROPOSED] ORDER

Defendant UBS FINANCIAL SERVICES INC. requests that the Court permit attorney Thomas E. Geidt to appear at the hearing on the joint motion for preliminary approval of the class settlement in this action scheduled for June 30, 2006, at 9:00 a.m.  M. Kirby C. Wilcox, the attorney of record for the Defendant, will be out of state on June 30, 2006 and unable to attend the hearing.  This request is based on the Declaration of M. Kirby C. Wilcox filed concurrently herewith.

DATED:  June 26, 2006

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/ s /_____
M. KIRBY C. WILCOX

Attorneys for Defendant
UBS FINANCIAL SERVICES, INC.

## **ORDER**

IT IS SO ORDERED.

Dated: June 27, 2006

_____
MAXINE M. CHESNEY
Judge, United States District Court

LEGAL_US_W # 53819141.1

Case No. C-04-03525 MMC     -2-     REQUEST TO PERMIT T. GEIDT TO APPEAR AT HEARING AND [PROPOSED] ORDER