**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF BOWMAN et al.,

          Plaintiffs,

  v.

UBS FINANCIAL SERVICES, INC.,

          Defendant.

_____/

No. C-04-3525 MMC

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

     As set forth in the parties' Joint Case Management Statement, the Court, on July 6, 2006, granted preliminary approval of the proposed settlement in the instant action and scheduled a final fairness hearing for November 17, 2006.  There appearing to be no need for a case management conference at this time, the July 28, 2006 case management conference is hereby VACATED.

     **IT IS SO ORDERED.**

Dated: July 25, 2006

_____
MAXINE M. CHESNEY
United States District Judge