1  *(Counsel of Record are Listed on Next Page)*

Dated: September 1, 2006

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN AND LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C-04-03525 MMC<br><br>**STIPULATION TO AMEND THE JOINT STIPULATION OF SETTLEMENT AND RELEASE BETWEEN PLAINTIFFS JEFF BOWMAN AND LAUROS REYES AND DEFENDANT UBS FINANCIAL SERVICES INC.** |

| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 78576) |
|   | kirbywilcox@paulhastings.com |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 55 Second Street |
| 3 | Twenty-Fourth Floor |
|   | San Francisco, CA  94105-3441 |
| 4 | Telephone:  (415) 856-7000 |
|   | Facsimile:  (415) 856-7100 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | UBS FINANCIAL SERVICES INC. |
| 7 | |
| 8 | JAMES F. CLAPP (SB# 145814) |
|   | DOSTART CLAPP GORDON & COVENEY LLP |
|   | 4370 La Jolla Village Drive, Suite 970 |
| 9 | San Diego, CA  92122 |
|   | Telephone:  (858) 623-4200 |
| 10 | Facsimile:  (858) 623-4299 |
| 11 | Attorneys for Plaintiffs |
| 12 | |
|   | MARK R. THIERMAN (SB# 72913) |
| 13 | THIERMAN LAW FIRM P.C. |
|   | 7287 Lakeside Drive |
| 14 | Reno, NV  89511 |
|   | Telephone:  (775) 284-1500 |
| 15 | Facsimile:  (775) 703-5027 |
| 16 | Attorneys for Plaintiffs |
| 17 | |
|   | H. TIM HOFFMAN (SB# 49141) |
| 18 | ARTHUR W. LAZEAR (SB# 83603) |
|   | HOFFMAN & LAZEAR |
| 19 | 180 Grand Avenue, Suite 1550 |
|   | Oakland, CA  94612 |
| 20 | Telephone:  (510) 763-5700 |
|   | Facsimile:  (510) 835-1311 |
| 21 | |
|   | Attorneys for Plaintiffs |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CASE NO.  C-04-03525 MMC                                    STIPULATION TO AMEND JOINT
                                                                                   STIPULATION OF SETTLEMENT AND
                                                                                                                    RELEASE

Defendant UBS Financial Services Inc ("UBS") and Plaintiffs Jeff Bowman and Lauros Reyes aka Larry Reyes, individually and on behalf of all others similarly situated, through their respective counsel of record, agree to amend the Joint Stipulation of Settlement and Release. The parties agree to authorize the Claims Administrator to notify Class Members who file defective claims prior to the claim filing deadline that their claims are defective and that they must cure those defects as specified in the Notice. Specifically, the parties stipulate to the incorporation of the following provisions into the Joint Stipulation and Release:

1. If any Class Member files a defective claim postmarked before the claim filing deadline of September 22, 2006, then the Claims Administrator shall send a letter ("Cure Letter") to such Class Member informing them that their claim is defective and must be cured to become valid. The Claims Administrator must postmark the Cure Letter within three (3) business days of receiving a defective claim. The Cure Letter shall state that the Class Member has 15 calendar days from the date of the Cure Letter to postmark a revised claim.

2. If a Class Member postmarks a revised claim more than 15 calendar days after they receive the Cure Letter, the claim will be invalid and the claim filing deadline will remain September 22, 2006.

3. If a Class Member responds to a Cure Letter by filing a defective claim, then the Claims Administrator shall have no further obligation to give notice of a need to cure. Such defective claims will be considered invalid and, if received after September 22, 2006, Class Members have no right to cure them.

//
//
//
//
//

CASE NO. C-04-03525 MMC

STIPULATION TO AMEND JOINT STIPULATION OF SETTLEMENT AND RELEASE

1      4.    Nothing in this stipulation otherwise alters the order of this Court
2  providing that the claim filing deadline is September 22, 2006.

3  DATED: ~~August~~ September 1, 2006    PAUL, HASTINGS, JANOFSKY & WALKER LLP

    By: _____
        M. KIRBY C. WILCOX

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

DATED: August____, 2006    DOSTART CLAPP GORDON & COVENEY, LLP

    By: _____
        JAMES F. CLAPP

Attorneys for Plaintiffs

LEGAL_US_W # 54242237.1

1      4.    Nothing in this stipulation otherwise alters the order of this Court
2  providing that the claim filing deadline is September 22, 2006.

3
4  DATED: August___, 2006         PAUL, HASTINGS, JANOFSKY & WALKER LLP

5
6                                      By:_____
                                         M. KIRBY C. WILCOX

7                                  Attorneys for Defendant
8                                  UBS FINANCIAL SERVICES INC.

9
10  DATED: August 31, 2006         DOSTART CLAPP GORDON & COVENEY, LLP

11
12                                           By:_____
                                         JAMES F. CLAPP

13                                  Attorneys for Plaintiffs

14
15  LEGAL_US_W # 54242237.1

16
17
18
19
20
21
22
23
24
25
26
27
28