IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN, et al., | No. C-04-3525 MMC |
| Plaintiffs, | |
| v. | |
| UBS FINANCIAL SERVICES, INC., | |
| Defendant. / | |
| JOSEPH GLASS, et al., | No. C-06-4068 MMC |
| Plaintiffs, | **ORDER RE: OCTOBER 20, 2006 LETTER** |
| v. | |
| UBS FINANCIAL SERVICES, INC., et al., | |
| Defendants. / | |

    Before the Court is a letter from defendants' counsel, dated October 20, 2006, in which defendants contend that the November 17, 2006 noticed hearing date for Laurence L. Kauffman's ("Kaufman") motions to intervene in the above-titled actions violates Civil Local Rule 7-2, which requires all motions to be noticed for hearing "not less than 35 days after service of the motion." See Civil L.R. 7-2(a). Defendants request that the hearing on said motions be continued to a date no earlier than November 20, 2006.

    The Court generally does not act on letter requests. Consequently, if defendants

1  seek a continuance of the hearing date, they must do so by means of a motion noticed and
2  filed in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules of
3  this district.
4  **IT IS SO ORDERED.**
5  Dated: October 23, 2006
   MAXINE M. CHESNEY
6  United States District Judge

2