UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN AND LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>UBS FINANCIAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. C-04-03525 MMC<br><br>**[PROPOSED]** ORDER GRANTING LEAVE TO FILE LAWRENCE R. KAUFMANN'S CORRECTED REPLY PAPERS IN SUPPORT OF MOTION TO INTERVENE |
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>UBS FINANCIAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. C-06-04068 MMC |

AND NOW, this 14th day of November, 2006, upon consideration of Lawrence R. Kaufmann's Motion for Administrative Relief to File Corrected Reply Papers in Support of Motion to Intervene, and for the purpose of correcting errata in the papers filed by Kaufmann on November 3, 2006, it is hereby ORDERED that Kaufmann's Motion is GRANTED. Kaufmann is permitted to file (1) [Corrected] Lawrence R. Kaufmann's Reply In Support of Motion To Intervene, For Consolidation, And For Other Relief, and (2) [Corrected] Declaration of John Halebian In Support Of Lawrence R. Kaufmann's Reply, on or before November 15, 2006.

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE