**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN, et al., | No. C-04-3525 MMC |
| Plaintiffs, | **ORDER GRANTING (1) PLAINTIFFS' REQUEST TO FILE SURREPLY IN OPPOSITION TO MOTION TO INTERVENE; (2) DEFENDANT'S REQUEST FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MOTION TO INTERVENE** |
| v. | |
| UBS FINANCIAL SERVICES, INC., | |
| Defendant. | |
| / | (Docket Nos. 117, 123) |

Before the Court are requests filed November 9, 2006 by plaintiffs and defendant, respectively, seeking leave to file surreplies in opposition to Laurence R. Kaufmann's ("Kaufmann") motion to intervene, for the purpose of addressing new arguments raised in Kaufmann's reply. For good cause shown, each request is hereby GRANTED. Plaintiffs and defendant shall file their respective surreplies on or before November 15, 2006.

This order terminates Docket Nos. 117 and 123.

**IT IS SO ORDERED.**

Dated: November 14, 2006

MAXINE M. CHESNEY
United States District Judge