IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN, et al., | No. C-04-3525 MMC |
| Plaintiffs, | **ORDER DENYING AS MOOT (1) JOINT STIPULATION FOR ORDER SHORTENING TIME; AND (2) JOINT MOTION REQUESTING CONFIRMATION OF NOVEMBER 22, 2006 ENTRY OF JUDGMENT** |
| v. | |
| UBS FINANCIAL SERVICES, INC., | |
| Defendant. | (Docket Nos. 146, 148) |

Before the Court is the parties' Joint Motion Requesting Confirmation of November 22, 2006 Entry of Judgment and a joint stipulation for an order shortening time thereon, both of which were filed December 19, 2006. Pursuant thereto, the parties seek clarification that the Court's November 22, 2006 Order Granting Plaintiffs' and Defendants' Motions for Final Approval of Settlement And Awarding Attorney's Fees, Litigation Expenses, and Enhancement Payments ("November 22 Order") constituted entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. According to counsel for UBS, "[c]ertainty regarding the date of the final judgment is critical, because the terms of the settlement in this case require disbursement of the settlement proceeds after the lapse of the appellate period. . . . UBS does not wish to make that disbursement if there is any doubt regarding the timing of appeal rights." (See Wilcox Decl. ¶ 2.) Where no appeal has been filed, the settlement provides for disbursement of the settlement proceeds within twenty calendar days after the deadline to appeal "entry of a Final Judgment approving the Settlement." (See November 22 Order Ex. A (Joint Stipulation of Settlement)

1  ¶¶ 20, 31(e).)

2       Here, however, on December 19, 2006, the same date the instant motions were
3  filed, a notice of appeal was filed by proposed objector and intervenor Anthony D'Aria.  The
4  settlement provides that when an appeal is filed, the settlement proceeds will be disbursed
5  within twenty calendar days after the date the Court's approval of the settlement has been
6  "finally affirmed by an appellate court with no possibility of subsequent appeal or other
7  judicial review therefrom[.]" (See November 22 Order Ex. A (Joint Stipulation of Settlement)
8  ¶¶ 20, 31(e).)  Because an appeal has been filed, distribution of the settlement proceeds
9  does not depend upon expiration of the time to appeal.

10      Accordingly, the instant motions are hereby DENIED as moot.  If the parties
11 nonetheless desire formal entry of "judgment," they may submit a proposed form of
12 judgment.

13      This order terminates Docket Nos. 146 and 148.

14      **IT IS SO ORDERED.**

15 Dated: December 20, 2006            MAXINE M. CHESNEY
                                       United States District Judge