JOHN HALEBIAN (*Pro Hac Vice*)
ADAM C. MAYES (SBN 200188)
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110
Tel:   (212) 608-1900
Fax:   (212) 208-6806
212 Wood Street
Pacific Grove, CA 93950
Tel:   (831) 333-0309
Fax:   (831) 333-0325
jhalebian@lshllp.com

Attorneys for Proposed Intervenor-Plaintiff
Anthony D'Aria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BOWMAN AND LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C-04-03525 MMC<br><br>[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF APPEAL |

This matter came before the Court ~~for hearing on January 26, 2007, at 9:00 a.m. before Judge Maxine M. Chesney.~~ on December 22, 2006. Upon consideration of Anthony D'Aria's Motion for Voluntary Dismissal of Appeal, and the parties' statements of non-opposition thereto, good cause appearing, it is hereby ORDERED that the motion is GRANTED. Mr. D'Aria's appeal, taken by Notice of Appeal filed on December 19, 2006 (docket no. 145), is dismissed, pursuant to Rule 42(a) of the Federal Rules of Appellate Procedure.

Dated:  December 22, 2006

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE