IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C-04-3525 MMC<br><br>**ORDER DENYING JOINT APPLICATION FOR ORDER CONFIRMING THAT NOVEMBER 22, 2006 ORDER WAS FINAL JUDGMENT**<br><br>(Docket No. 160) |

　　　Before the Court is the parties' renewed joint application for an order confirming that the Court's November 22, 2006 order granting the parties' motions for final approval of settlement constitutes entry of final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure. The November 22, 2006 order speaks for itself, and the legal effect thereof, including any issue as to whether it meets the requirements of Rule 58, is not for this Court to decide.

　　　Accordingly, the parties' joint application is hereby DENIED.

　　　This order terminates Docket No. 160.

　　　**IT IS SO ORDERED.**

Dated: January 3, 2007　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge