1  FOLGER LEVIN & KAHN LLP
   J. Daniel Sharp (CSB No. 131042, dsharp@flk.com)
2  Embarcadero Center West
   275 Battery Street, 23rd Floor
3  San Francisco, CA 94111
   Telephone: (415) 986-2800
4  Facsimile: (415) 986-2827

5  Attorneys for John Halebian and
   Lovell Stewart Halebian LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BOWMAN AND LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C-04-03525 MMC<br>Case No. C-06-04068 MMC<br><br>**JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING CONTINUANCE OF MOTIONS TO REFER ATTORNEYS TO STANDING COMMITTEE ON PROFESSIONAL CONDUCT**<br><br>Date:    April 20, 2007<br>Time:   9:00 a.m.<br><br>Judge:  Hon. Maxine M. Chesney<br>Crtrm:  7 |
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | |

WHEREAS, Plaintiffs Jeff Bowman and Lauros Reyes in Case No. 04-3525 and the *Glass* Plaintiffs in Case No. 06-4068 (collectively "Plaintiffs") have requested that John Halebian and Lovell Stewart Halebian LLP (collectively "the LSH Attorneys") be referred to the Standing Committee on Professional Conduct (the "Motions");

WHEREAS, the hearing on the Motions was originally calendared for April 6, 2007, and later continued by Order of the Court to April 20, 2007; and

WHEREAS, the LSH Attorneys have only recently engaged the firm of Folger Levin & Kahn LLP to represent them in connection with the Motions and seek additional time for counsel to become familiar with this matter;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties that the hearing on the Motions, which is currently scheduled for April 20, 2007, be continued pursuant to Local Rule 6-2(a) as follows:

1. **The LSH Attorneys' papers in opposition to the Motions**, currently scheduled to be filed on or before March 30, 2007, **will now be due on or before April 6, 2007**;

2. **Plaintiffs' reply papers in support of the Motions**, currently scheduled to be filed on or before April 6, 2007, **will now be due on or before April 20, 2007**; and

3. **The hearing on the Motions**, currently scheduled for April 20, 2007, **will now be scheduled for May 4, 2007 at 9:00 a.m.**

Dated: March 27, 2007

FOLGER LEVIN & KAHN LLP

J. Daniel Sharp
Attorneys for John Halebian and
Lovell Stewart Halebian LLP

Dated: March 27, 2007

MCINERNEY & JONES

Kevin J. McInerney
Attorneys for *Glass* Plaintiffs

Dated: March 27, 2007

DOSTART CLAPP GORDON & COVENEY LLP

James F. Clapp
Attorneys for Jeff Bowman and Lauros Reyes

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the schedule set forth in this Stipulation and Proposed Order is hereby adopted by the Court and the parties are ordered to comply with this Order.

Dated: March 28, 2007

_____
The Honorable Maxine M. Chesney

00001\0046\540452.1