1  MICHAEL D. LEE (*Pro Hac Vice* application pending)
   SCHUYLER, ROCHE & ZWIRNER, P.C.
2  One Prudential Plaza, Suite 3800
   130 East Randolph Street
3  Chicago, IL  60601
   Telephone: (312) 565-2400; Facsimile: (312) 565-8300
4
   MOLLY A. HARCOS (SB# 233556)  mollyharcos@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, Twenty-Fourth Floor
6  San Francisco, CA  94105-3441
   Telephone: (415) 856-7000; Facsimile: (415) 856-7100
7  Attorneys for UBS FINANCIAL SERVICES, INC.

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11                                              C-04-3525
12  JEFF BOWMAN, et al.,                 CASE NO. ~~C-05-04636~~ MMC

13              Plaintiff(s),            [~~PROPOSED~~] ORDER GRANTING
                                         APPLICATION FOR ADMISSION OF
14       vs.                             ATTORNEY *PRO HAC VICE*

15  UBS FINANCIAL SERVICES INC., et al.,

16              Defendant(s).

17

18

19       Michael D. Lee, an active member in good standing of the bar of the State of

20  Illinois whose business address and telephone number (particular court to which applicant is

21  admitted) is One Prudential Plaza, Suite 3800, 130 East Randolph Street, Chicago, IL  60601

22  (312-565-2400), having applied in the above-entitled action for admission to practice in the

23  Northern District of California on a *pro hac vice* basis, representing UBS Financial Services Inc.

24

25       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

26  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

27  *hac vice*. Service of papers upon and communication with co-counsel designated in the

28  application will constitute notice to the party. All future filings in this action are subject to the

Case No. C-04-03525 MMC                              ORDER GRANTING APPLICATION FOR
LEGAL_US_W # 55913964.1                              ADMISSION OF ATTORNEY

1  requirements contained in General Order No. 45, *Electronic Case Filing*.

2

3  DATED: __March 28__, 2007          *[signature: Maxine M. Chesney]*

4                                     Honorable Maxine M. Chesney
                                      United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-04-03525 MMC                -2-            ORDER GRANTING APPLICATION FOR
LEGAL_US_W # 55913964.1                                    ADMISSION OF ATTORNEY