IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BOWMAN, et al., | No. C-04-3525 MMC |
| Plaintiffs, | **ORDER DENYING DEFENDANT'S MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO ENFORCE THE FINAL ORDER APPROVING THE JOINT STIPULATION OF SETTLEMENT AND RELEASE** |
| v. | |
| UBS FINANCIAL SERVICES, INC., | |
| Defendant. | (Docket No. 188) |

Before the Court is defendant UBS Financial Services, Inc.'s ("UBS") "Motion to Enforce the Final Order Approving the Joint Stipulation of Settlement and Release," filed March 27, 2007. Also before the Court is UBS's motion for an order shortening time, by which motion UBS seeks to have the above-referenced matter heard March 30, 2007, on three days notice. By its Motion to Enforce, UBS seeks to enjoin class members Randall L. Krenzin ("Krenzin") and William R. Zurn ("Zurn") from asserting various wage-and-hour counterclaims in separate arbitrations before the NASD.

Although the arbitration with Krenzin is scheduled to begin April 3, 2007, UBS has known about the counterclaims since at least January 2007.[1] Although UBS points out certain practical considerations that affected its decision as to when to seek injunctive relief

---

[1] The date on which the arbitration with Zurn is scheduled to begin has not been provided, and UBS sets forth no explanation in support of its request for an expedited hearing with respect thereto.

1 | from this Court, the proposed schedule does not provide adequate time for opposition.

2 |     Accordingly, the motion for an order shortening time is hereby DENIED.

3 |     This order terminates Docket No. 188.

4 | **IT IS SO ORDERED.**

5 | Dated: March 29, 2007             MAXINE M. CHESNEY
United States District Judge

2