UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BOWMAN AND LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>UBS FINANCIAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. C-04-03525 MMC<br>Case No. C-06-04068 MMC<br><br>[~~PROPOSED~~] ORDER UNSEALING DOCUMENTS<br><br>Judge:   Hon. Maxine M. Chesney<br>Crtrm:   7 |
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>UBS FINANCIAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>              Defendants. | |

1    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that all documents that were
2  filed under seal pursuant to this Court's March 15, 2007, "Order Denying Anthony Daria's
3  Motion to Strike Motions to Refer Counsel to Standing Committee on Professional Conduct;
4  Granting Request to File Under Seal" are hereby ordered unsealed.  The documents subject to this
5  order are Docket Nos. 185 through 187, 215 through 221, and 228 through 231 in Case No. C-04-
6  03525 MMC and Docket Nos. 272 through 275 and 279 through 285 in Case No. C-06-04068
7  MMC.  The Clerk is directed to restore these documents to the public docket as of their original
8  filing dates.  Such documents shall be manually filed in the public docket and need not be scanned.

Dated:  May __14__, 2007

_____
The Honorable Maxine M. Chesney

61051\2001\547632.1