IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF BOWMAN, et al.,

    Plaintiffs,

  v.

UBS FINANCIAL SERVICES, INC.,

    Defendant.

No. C-04-3525 MMC

**ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS; VACATING HEARING**

(Docket No. 254)

    Before the Court is defendant UBS Financial Services, Inc.'s ("UBS") motion, filed June 1, 2007, for attorneys' fees and costs incurred in litigating post-dismissal motions filed by class members Randall L. Krenzin ("Krenzin") and William R. Zurn ("Zurn"). Krenzin and Zurn have filed a joint opposition to the motion; UBS has filed a reply. Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for decision without oral argument, hereby VACATES the August 17, 2007 hearing on the matter, and rules as follows.

    In an order filed May 17, 2007, the Court denied Krenzin's and Zurn's motion to confirm their asserted status as non-class members or, in the alternative, for an enlargement of time to opt out of the class settlement in the instant action; the Court further granted in part and denied in part UBS's motion to enforce the final order approving the joint stipulation of settlement and release, and enjoined Krenzin and Zurn from pursuing, in NASD arbitrations, all claims that were released by the settlement. (See Order, filed May

17, 2007, at 2, 4, 5-6.)  Additionally, the Court ordered: "As UBS has prevailed with respect to the instant motions, it is entitled, pursuant to the terms of the Settlement, to recover from Krenzin and Zurn the reasonable fees and costs UBS incurred in litigating the instant motions."  (See id. at 7.)

UBS now moves for an award of $77,679.08 in attorneys' fees and $570.80 in costs. Having read and considered the papers submitted in support of and in opposition to the motion, the Court finds the total amount of fees and costs sought to be reasonable.

Accordingly, UBS's motion is hereby GRANTED, and UBS is hereby awarded against class members Krenzin and Zurn a total of $77,679.08 in attorneys' fees and $570.80 in costs.

This order terminates Docket No. 254.

**IT IS SO ORDERED.**

Dated: August 14, 2007

MAXINE M. CHESNEY
United States District Judge